# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1329
LT Case No. 2019-30717-CICI

_____

U.S. BANK TRUST NATIONAL
ASSOCIATION, not in its
individual capacity, but solely as
Trustee of LSF10 MASTER
PARTICIPATION TRUST,

     Appellant,

     v.

DAVID ATCHISON, DEBBIE KAY
HUDSON and HARBOUR VILLAGE
GOLF and YACHT CLUB
COMMUNITY SERVICES
ASSOCIATION, INC.; HARBOUR
PONCE HOLDINGS, LLC; PALM
VIEW of PONCE INLET, LLC.;
LINKS SOUTH at HARBOUR
VILLAGE CONDOMINIUM
ASSOCIATION, INC.

     Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Steven J. Brotman, of Locke Lord LLP, West Palm Beach, for
Appellant.

No Appearance for Appellees, David Hutchison and Debbie Kay
Hudson.

Daniel J. Webster, of Daniel J. Webster, P.A., Daytona Beach,
for Remaining Appellees.

April 1, 2025

PER CURIAM.

AFFIRMED.

EDWARDS, CJ., and JAY and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____